```
                                              FILED
                                       CLERK, U.S. DISTRICT COURT

                                           JAN 10 2008

                                       CENTRAL DISTRICT OF CALIFORNIA
                                       BY                      DEPUTY
```

Priority  ✓
Send      ✓
Enter     ✓
Closed    ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT N. LOYA,<br><br>   Petitioner,<br><br>  v.<br><br>M. EVANS, Warden,<br><br>   Respondent. | CASE NO. CV 06-05968 ABC (SS)<br><br>**ORDER ADOPTING FINDINGS,<br>CONCLUSIONS, AND RECOMMENDATIONS OF<br>UNITED STATES MAGISTRATE JUDGE** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

  **IT IS ORDERED** that Petitioner's Motion to Stay is DENIED, Petitioner's Motion for Leave to File a First Amended Petition is DENIED, and Judgment shall be entered dismissing this action with prejudice.

Case 2:06-cv-05968-ABC-SS   Document 55   Filed 01/10/08   Page 2 of 2   Page ID #:129

1     **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and
2 the Judgment herein on Petitioner and counsel for Respondent.

4     **LET JUDGMENT BE ENTERED ACCORDINGLY.**

6 DATED: Jan. 8, 2008

                                                        AUDREY B. COLLINS
                                                        UNITED STATES DISTRICT JUDGE

2