1

2

3

4

5

6                                                            **Priority**
       **Send**

7         **Enter**
       **Closed**

8                **UNITED STATES DISTRICT COURT**      **JS-6**
       **JS-2/JS-3**

9             **CENTRAL DISTRICT OF CALIFORNIA**      **Scan Only**

10

11 GILBERT N. LOYA,                  )   CASE NO. CV 06-05968 ABC (SS)

12             Petitioner,     )      **JUDGMENT**

13              v.               )

14 M. EVANS, Warden,            )

15             Respondent.    )

16 _____)

17

18       Pursuant to the Court's Order Adopting Findings, Conclusions and

19 Recommendations of United States Magistrate Judge,

20

21       IT IS HEREBY ADJUDGED that the above-captioned action is dismissed

22 with prejudice.

23

24       DATED: Jan. 8, 2008

25

26                                           _____
                        AUDREY B. COLLINS
                        UNITED STATES DISTRICT JUDGE

27

28