FILED
CLERK, U.S. DISTRICT COURT

APR 15 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Priority ✓
Send
Enter
Closed

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT N. LOYA, | CASE NO. CV 06-05968 ABC (SS) |
|         Petitioner, | **JUDGMENT** |
|       v. | |
| M. EVANS, Warden, | |
|         Respondent. | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 4/15/08

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE